**SILLS CUMMIS & GROSS P.C.**
One Riverfront Plaza
Newark, New Jersey 07102-5400
(973) 643-7000
Attorneys for Defendants Peter S. Knight,
Ronald M. Nordmann, Thomas P. Rice,
Melvin Sharoky, Joseph E. Smith, Patrick J.
Zenner, Par Pharmaceutical Companies, Inc.,
and Patrick G. LePore

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| SARATOGA ADVANTAGE TRUST HEALTH & BIOTECHNOLOGY PORTFOLIO, Individually and on Behalf of All Others Similarly Situated : : : : Plaintiff, : v. : PAR PHARMACEUTICAL COMPANIES, INC., PETER S. KNIGHT, PATRICK G. LEPORE, RONALD M. NORDMANN, THOMAS P. RICE, MELVIN SHAROKY, JOSEPH E. SMITH, PATRICK J. ZENNER, TPG CAPITAL, L.P., SKY GROWTH HOLDINGS CORPORATION and SKY GROWTH ACQUISITION CORPORATION, : : : : : : Defendants. : | Civil Action No. 12-5652 (SRC-CLW) Honorable Stanley R. Chesler **NOTICE OF APPEARANCE** *Document electronically filed.* |

**PLEASE TAKE NOTICE** that Jeffrey J. Greenbaum, Esq., of Sills Cummis & Gross P.C. hereby appears on behalf of Defendants Par Pharmaceutical Companies, Inc., Peter S. Knight, Ronald Nordmann, Thomas P. Rice, Melvin Sharoky, Joseph E. Smith, Patrick J. Zenner, and Patrick G. LePore in the above-captioned action.

Respectfully submitted,


By:   s/ Jeffrey J. Greenbaum
       JEFFREY J. GREENBAUM
       SILLS CUMMIS & GROSS P.C.
       One Riverfront Plaza
       Newark, NJ 07102
       Telephone: 973-643-7000
       Facsimile:  973-643-6500
       jgreenbaum@sillscummis.com

Attorneys for Defendants Peter S. Knight, Ronald M. Nordmann, Thomas P. Rice, Melvin Sharoky, Joseph E. Smith, Patrick J. Zenner, Par Pharmaceutical Companies, Inc., and Patrick G. LePore

Dated:  October 15, 2012