**SILLS CUMMIS & GROSS P.C.**
One Riverfront Plaza
Newark, New Jersey 07102-5400
(973) 643-7000
Attorneys for Defendants Peter S. Knight,
Ronald M. Nordmann, Thomas P. Rice,
Melvin Sharoky, Joseph E. Smith, Patrick J.
Zenner, Par Pharmaceutical Companies, Inc.,
and Patrick G. LePore

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| SARATOGA ADVANTAGE TRUST HEALTH & BIOTECHNOLOGY PORTFOLIO, Individually and on Behalf of All Others Similarly Situated | : : : : | |
| Plaintiff, | : | Civil Action No. 12-5652 (SRC-CLW) |
| v. | : : | Honorable Stanley R. Chesler |
| PAR PHARMACEUTICAL COMPANIES, INC., PETER S. KNIGHT, PATRICK G. LEPORE, RONALD M. NORDMANN, THOMAS P. RICE, MELVIN SHAROKY, JOSEPH E. SMITH, PATRICK J. ZENNER, TPG CAPITAL, L.P., SKY GROWTH HOLDINGS CORPORATION and SKY GROWTH ACQUISITION CORPORATION, | : : : : : : | **NOTICE OF APPEARANCE**<br><br>*Document electronically filed.* |
| Defendants. | : : | |

**PLEASE TAKE NOTICE** that Andrew W. Schwartz, Esq., of Sills Cummis & Gross P.C. hereby appears on behalf of Defendants Par Pharmaceutical Companies, Inc., Peter S. Knight, Ronald Nordmann, Thomas P. Rice, Melvin Sharoky, Joseph E. Smith, Patrick J. Zenner, and Patrick G. LePore in the above-captioned action.

                                Respectfully submitted,

                    By:    s/ Andrew W. Schwartz
                                ANDREW W. SCHWARTZ
                                SILLS CUMMIS & GROSS P.C.
                                One Riverfront Plaza
                                Newark, NJ 07102
                                Telephone: 973-643-7000
                                Facsimile:  973-643-6500
                                aschwartz@sillscummis.com

                                Attorneys for Defendants Peter S. Knight, Ronald M. Nordmann, Thomas P. Rice, Melvin Sharoky, Joseph E. Smith, Patrick J. Zenner, Par Pharmaceutical Companies, Inc., and Patrick G. LePore

Dated:  October 15, 2012